FILED

01/19/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0577

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Case No. DA 22-0577

\* \* \* \*

| | |
|---|---|
| THE FRIENDS OF LAKE FIVE, INC., and WARD E. "MICK" TALEFF,    ) | |
| ) | |
| Appellee/Petitioners,    ) | |
| vs.    ) | |
| ) | **ORDER GRANTING** |
| FLATHEAD COUNTY COMMISSION; FLATHEAD COUNTY, MONTANA;    ) | **EXTENSION** |
| ) | |
| Appellee/Respondents, and    ) | |
| ) | |
| SUSAN DIETZ, Individually and Trustee of G&M TRUST,    ) | |
| Appellant/Respondent.    ) | |
| ) | |

In accordance with Rule 26(2), M.R.App.P., the Appellant, Susan Dietz, is granted a 30-day extension of time up to and including Monday February 27, 2023, to file her Opening Brief in this appeal.

DATED AND ELECTRONICALLY SIGNED BELOW

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 19 2023